Elizabeth HINSHAW, Plaintiff—
Appellant,

v.

HEAVYWEIGHT TITLE COMPANY,
INCORPORATED, Defendant—
Appellee.

No. 06–2296.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 27, 2007.

Decided: July 23, 2007.

Norris C. Ramsey, Baltimore, Maryland, for Appellant. James T. Heidelbach, Gebhardt & Smith LLP, Baltimore, Maryland, for Appellee.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elizabeth Hinshaw appeals the district court's order granting the Defendant's motion to dismiss her complaint pursuant to Fed.R.Civ.P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hinshaw v. Heavyweight Title Co., Inc.*, No. 1:06–cv–02340–JFM, 2006 WL 3537574 (D.Md.

Nov. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*